| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **RKR LEGAL** |
| Abbas Kazerounian, Esq. (249203) | Sina Rezvanpour, Esq. (274769) |
| ak@kazlg.com | sr@rkrlegal.com |
| Matthew M. Loker, Esq. (279939) | 245 Fischer Ave, Suite D1 |
| ml@kazlg.com | Costa Mesa, California 92626 |
| 245 Fischer Avenue, Unit D1 | Telephone: (866) 502-0787 |
| Costa Mesa, CA 92626 | Facsimile: (866) 502-5065 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Tamar Estanboulian

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR ESTANBOULIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | **Case No.:** CV 14-06971 PA (VBKx) |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS** |
| v. | |
| FOREVER 21 RETAIL, INC., | |
| Defendant. | |

///
///
///
///
///

**PROOF OF SERVICE OF SUMMONS**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>S. MOHAMMAD KAZEROUNI, ESQ (SBN:252835)<br>KAZEROUNI LAW GROUP, APC<br>245 FISCHER AVE., SUITE D1<br>COSTA MESA, CA 92626<br>TELEPHONE NO.: (800) 400 - 6808  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF, | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC-CACD<br>STREET ADDRESS: 312 N. SPRING STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: SPRING STREET | |
| PLAINTIFF/PETITIONER: TAMAR ESTANBOULIAN<br>DEFENDANT/RESPONDENT: FOREVER 21 RETAIL, INC | CASE NUMBER:<br>2:14-CV-06971 PA (VBKx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: NOTICE OF INTRESTED PARTIES
3. a. Party served *(specify name of party as shown on documents served)*:
   FOREVER 21 RETAIL, INC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   CT CORP C/O JAN LAPINID INTAKE SPECIALIST
4. Address where the party was served:
   818 W. 7TH STREET, LOS ANGELES, CA 90017
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 09/09/2014  (2) at *(time)*: 12:35 PM
   b. [ ] **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: TAMAR ESTANBOULIAN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FOREVER 21 RETAIL, INC | 2:14-CV-06971 PA (VBKx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
  a. Name: SHAHRIAR NOORPARVAR
  b. Address: 19377 VICTORY BLVD, RESEDA, CA 91335
  c. Telephone number: (310) 922 - 0212
  d. **The fee** for service was: $ 39
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☑ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.: 2013034709
      (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 09/11/2014

SHAHRIAR NOORPARVAR
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *[signature]*
(SIGNATURE)