JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR ESTANBOULIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**FOREVER 21 RETAIL, INC.,**<br><br>Defendant. | **Case No.:** CV 14-06971 PA (VBKx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon Plaintiff's unilateral dismissal request, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
Hon. Percy Anderson
U.S. District Judge